# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

HEATHER F.,[1]

      Plaintiff,

v.

MARTIN J. O'MALLEY,
*Commissioner of Social Security*,

      Defendant.

Civil No. 23-2644 (JRT/DJF)

**ORDER ON REPORT
AND RECOMMENDATION**

---

Kira Treyvus, **KONOSKI & PARTNERS PC,** 305 Broadway, 7th Floor, New York, NY 10007, for plaintiff.

Marisa Silverman, **SOCIAL SECURITY ADMINISTRATION,** Office of Program Litigation Office 4, 6401 Security Boulevard, Baltimore, MD 21235, for respondent.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Request for Relief (ECF No. [9]) is **DENIED**;

---

[1] This District has adopted a policy of using only the first name and last initial of any nongovernmental parties in orders in Social Security matters.

2. Defendant's Request for Relief (ECF No. [16]) is **GRANTED**;

3. The Decision is **AFFIRMED**; and

4. Plaintiff's Complaint (ECF No. [1]) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 27, 2024
at Minneapolis, Minnesota.

_____s/John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge